

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00606-CV

**KING RANCH, INC.**,
Appellant

v.

Roel **GARZA**, Cynthia Garza, JS Trophy Ranch, LLC and Los Cuentos, LLC,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-12-51717-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding trespass damages is AFFIRMED. The remainder of the trial court's judgment is REVERSED and judgment is RENDERED that the boundary line between the parties' properties is a straight line, King Ranch, Inc. owns the land south of the boundary line, and the appellees take nothing on their requests for an injunction and attorneys' fees. It is ORDERED that appellant, King Ranch, Inc., recover its costs of this appeal from the appellees, Roel Garza, Cynthia Garza, JS Trophy Ranch, LLC and Los Cuentos, LLC.

SIGNED October 8, 2014.

_Karen Angelini_
Karen Angelini, Justice